# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00410-CV

**Kathryn Courtney, and/or All Occupants of 1811 Rosenborough Lane, Round Rock, Texas 78664, Appellants**

**v.**

**Aurora Loan Services, LLC, Appellee**

## FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## NO. 11-0584-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due in this Court on October 3, 2011, and is overdue. If an appellant fails to file a brief, this Court may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and appellee is not significantly injured by that failure. *See* Tex. R. App. P. 38.8(a)(1). On November 14, 2011, we sent notice to appellant that her brief was overdue and that the appeal may be dismissed for want of prosecution if appellant did not submit a proper motion to this Court on or before November 28, 2011. To date, no brief or motion for extension of time has been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   January 20, 2012